**Michael S. Traylor, Esq. (SBN 136814)**
**Traylor Law Office PC**
**8601 Lincoln Blvd. 180**
**Suite 525**
**Los Angeles, CA. 90045**
**(310) 401-6610 telephone**
**(661) 480-1200 facsimile**
**traylorlawoffice@gmail.com   e-mail**

**Attorney for Relator Plaintiff Roger Creighton**

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER CREIGHTON<br><br>Qui Tam Relator Plaintiff<br>on behalf of the United States<br><br><br>vs.<br><br><br>BELCAMPO GROUP, INC., BELCAMPO FARMS, LLC., ANYA FERNALD, TODD A. ROBINSON, GARRY EMBLETON AND DOES 1-20, INCLUSIVE<br><br>Defendants | Case No.<br>**RELATOR PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE** |

1

PLEASE TAKE NOTICE that Relator Plaintiff, ROGER CREIGHTON (sometimes referred to herein as "Relator Plaintiff"), voluntarily dismisses the above-captioned matter (with prejudice) pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

DATED: March 29, 2022                               Respectfully Submitted

*Michael S. Traylor*
Michael S. Traylor, Esq.
Attorney for Relator Plaintiff Roger Creighton